

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-25-00218-CV
_____

KAILYN ANDREWS, APPELLANT

V.

NICHOLAS DENBROCK, APPELLEE

On Appeal from the 169th District Court
Bell County, Texas
Trial Court No. 25DFAM351073, Honorable Cari L. Starritt-Burnett, Presiding

December 4, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Kailyn Andrews, appeals from the trial court's *Final Protective Order*.[1]
Now pending before this Court is Appellant's motion seeking voluntary dismissal of the
appeal. The Court finds that the motion complies with the requirements of Rule of
Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

from seeking relief to which it would otherwise be entitled.  As no decision of the Court

has been delivered to date, we grant the motion.  The appeal is dismissed.[2]

Per Curiam

---

[2] Although Appellant requests that the appeal be dismissed "without prejudice," Rule of Appellate Procedure 42.1 does not permit such dismissals.